JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ANTONIO IBANEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MONTCLAIR POLICE DEPARTMENT, et al., <br><br> Defendants. | Case No. 5:24-CV-01602-SSS (SHKx) <br><br> Hon. Sunshine S. Sykes <br><br> **JUDGMENT** <br><br> **NOTE CHANGES MADE BY THE COURT** |

On July 25, 2025, Defendants MONTCLAIR POLICE DEPARTMENT, CITY OF MONTCLAIR, OFFICER ALLISON STEVENS, OFFICER JESSE JAMES, OFFICER SEAN MACKEY, OFFICER NATALIA MAGANA, OFFICER JOSAFHAT CARDENAS-BORBOA, and OFFICER CHRISTOPHER VERA ("Defendants") filed Motions for Summary Judgment with the Court. [Dkt Nos. 42, 43.]

On November 11, 2025, after full consideration of the relevant evidence and all briefing submitted by the parties, the Court issued an Order granting Defendants' Motions for Summary Judgment in its entirety. [Dkt No. 91.] Therefore, IT IS HEREBY ADJUDGED AND DECREED as follows:

1  Judgment is entered in favor of Defendants MONTCLAIR POLICE
2  DEPARTMENT, CITY OF MONTCLAIR, OFFICER ALLISON STEVENS,
3  OFFICER JESSE JAMES, OFFICER SEAN MACKEY, OFFICER NATALIA
4  MAGANA, OFFICER JOSAFHAT CARDENAS-BORBOA, and OFFICER
5  CHRISTOPHER VERA, and against Plaintiffs ESTATE OF ANTONIO IBANEZ
6  and MARIA IBANEZ CAMPOS, individually and as successor in interest to
7  ANTONIO IBANEZ.  Plaintiffs shall recover nothing, and the federal claims are
8  dismissed in their entirety on the merits.  The state claims are dismissed without
9  prejudice.

Defendants are the prevailing parties for the purpose of any recovery of allowed costs as set forth in Federal Rule of Civil Procedure 54 and Central District Local Rule 54.  Any costs or attorneys' fees which the Court deems recoverable will be reserved and determined by the Court upon further proceedings.

**IT IS SO ORDERED.**

Date: November 17, 2025

Honorable Sunshine S. Skyes
United States District Court